IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WINSTON MONROE HOLLOWAY,**                                                **PLAINTIFF**
**ADC #67507**

v.                                     5:15CV00288-BSM-JTK

**WILLIAM STRAUGHN, et al.**                                                **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants Kelley, Thurman, Barnett, Grimes, Wilson, and Harrington are dismissed for failure to state a claim.

2. Plaintiff Holloway's claims of failure to follow ADC policy and destruction of property are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 8th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE

0