**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WINSTON MONROE HOLLOWAY,**                              **PLAINTIFF**
**ADC #67507**

**v.**                  **CASE NO. 5:15CV00288-BSM**

**WILLIAM STRAUGHN, et al.**                            **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant April Sides's motion for judgment on the pleadings [Doc. No. 21] is granted, and Holloway's claims against Sides are dismissed with prejudice.

IT IS SO ORDERED this 7th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE

0